UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| Maxwell Kremer,<br><br>    Plaintiff,<br>v.<br><br>Alphabet Inc.,<br><br>    Defendant. | Civil Action No.: _____ |

## NOTICE OF REMOVAL

Defendant Alphabet Inc. ("*Alphabet*") hereby removes this action to the United States District Court for the Middle District of Tennessee, Northeastern Division. *See* 28 U.S.C. §§ 1331, 1332, 1441(a)-(b), and 1446. The grounds for removal are as follows:

1. On July 10, 2023, Plaintiff Maxwell Kremer ("*Plaintiff*") filed this action in the Circuit Court of Putnam County, Tennessee. The action is styled *Maxwell Kremer v. Alphabet Inc.*, Case No. 2023-cv-169 ("*State Court Action*").

2. A copy of the docket, and all process, pleadings, and orders served upon Alphabet in the State Court Action are attached as composite Exhibit A, in accordance with 28 U.S.C. § 1446(a).

3. The State Court Action purports to assert various federal and Tennessee state law claims against Alphabet for monetary and injunctive relief. (*See* Exhibit A, at Complaint, including ¶¶ 20, 28, 31, 33, 47-48.)

4. Alphabet was purportedly served with the Complaint and Summons no earlier than July 31, 2023 via certified mail sent by the Tennessee Secretary of State. (*See* Ex. A, at Purported Notice of Service, p. 1.) Alphabet contests service because it was not properly served

under Tenn. R. Civ. P. 4.05(3), and is removing the State Court Action prior to the Plaintiff's effecting service as permitted under 18 U.S.C. § 1446.

5. No proceedings have taken place in this matter besides filing of the Complaint.

6. Alphabet removes this action to the United States District Court for the Middle District of Tennessee, Northeastern Division pursuant to the provisions of 28 U.S.C. § 1441 on the grounds this Court has federal question and diversity jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1332.

7. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint purports to assert claims arising under the Constitution, laws or treaties of the United States. The Complaint purports to assert a claim for copyright infringement under the U.S. Copyright Act (over which claims federal courts have exclusive jurisdiction pursuant to 28 U.S.C. § 1338(a)), and purports to assert a claim under certain federal criminal statutes, including 18 U.S.C. §§ 2251, 2252, 2260 and/or 3771. (*See* Ex. A, at Compl., ¶¶ 17, 20-22, 28, 31-33, 35.)

8. The Court also has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the parties are completely diverse as citizens of different states, and the amount in controversy, as alleged by Plaintiff, exceeds $75,000, exclusive of interest and costs.

9. Plaintiff is a Tennessee resident having an address of 470 Swallows Chapel Road, #B, Cookeville, Tennessee 38506. (*See* Ex. A, at Compl., ¶ 1.)

10. Defendant, Alphabet, is a Delaware corporation, headquartered in California, and is therefore a citizen of Delaware and California for the purpose of determining diversity jurisdiction. 28 U.S.C. § 1332(c)(1). (*See* Secretary of State records, attached as Exhibit B.)

11. Plaintiff is seeking $20 million in damages, exclusive of interest and costs. (*See* Ex. A, at Compl., ¶ 47.)

12. This Notice of Removal is timely because it is filed within thirty (30) days after Alphabet was purportedly served with the Summons and Complaint and/or within thirty (30) days after Alphabet received a copy of the initial pleading, on July 31, 2023. *See* 28 U.S.C. § 1446(b); *Arthur v. Litton Loan Servicing LP*, 249 F.Supp.2d 924, 927-29 (E.D. Tenn. 2002).

13. Alphabet's deadline to respond to the Complaint in this Court shall run for seven (7) days from the removal of this action, through and including September 6, 2023. *See* Fed. R. Civ. P. 81(c)(2)(C).

14. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Middle District of Tennessee, Northeastern Division is the venue to which to remove this action, because this District and Division embrace the location where the State Court Action was filed, specifically, Putnam County, Tennessee and the Putnam County Circuit Court.

15. Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal will be served promptly upon Plaintiff and filed with the Clerk of the Circuit Court of Putnam County, Tennessee.

16. In filing this Notice of Removal, Alphabet does not waive any defenses or counterclaims that may be available to it.

WHEREFORE, Defendant Alphabet, Inc. hereby gives notice that the above-referenced action pending in the Circuit Court of Putnam County has been removed to this Court.

Respectfully submitted this 30th day of August, 2023.

        */s/ Mark W. Lenihan*
**BRYAN CAVE LEIGHTON PAISNER, LLP**
Mark W. Lenihan, Esq.
Tennessee Bar No. 036286
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Tel: (314) 259-2000
Email: Mark.Lenihan@bclplaw.com

*Attorneys for Alphabet Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2023, and pursuant to Fed. R. Civ. P. 5(b)(2)(C), a true and correct copy of the foregoing **Notice of Removal** was served on Plaintiff Maxwell Kremer via U.S. Mail, postage prepaid, addressed as follows:

    Maxwell Kremer
    470 Swallows Chapel Rd., #B
    Cookeville, Tennessee 38506

        */s/ Mark W. Lenihan*
        Mark W. Lenihan, Esq.

#608395314