UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **MAXWELL KREMER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00052 |
| | ) |
| **ALPHABET INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 16) recommending the Court grant Alphabet's Motion to Dismiss (Doc. No. 6), deny Kremer's Motion for Judgment on the Pleadings (Doc. No. 9), and dismiss this case pursuant to Federal Rule of Civil Procedure 12(b)(6). Neither party filed a timely objection to the R&R.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Still, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Alphabet's Motion to Dismiss (Doc. No. 6) is **GRANTED**, and Kremer's Motion for Judgment on the Pleadings (Doc. No. 9) is **DENIED**. The action is **DISMISSED**.

1

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

                                                                      _____
                                                                      WAVERLY D. CRENSHAW, JR.
                                                                      CHIEF UNITED STATES DISTRICT JUDGE